IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHIM SINGH,<br><br>                    Plaintiff,<br><br>     v.<br><br>U.S. DEPARTMENT OF JUSTICE, ET AL.,<br><br>                    Defendants. | CASE NO.  1:23-cv-00325-EPG<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME<br><br>(ECF No. 11). |

    The Defendants respectfully request a first extension of time in which to respond to the Complaint, and Plaintiff does not oppose.  This case concerns Plaintiff's request to the Board of Immigration Appeals to rule on his pending motion to reopen.  The parties anticipate that the Board will soon adjudicate Plaintiff's motion, thereby rendering this lawsuit moot.

    The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is June 15, 2023.  The parties further request that all other filing deadlines be similarly extended.

///

///

///

///

1

1  Respectfully submitted,

3  Dated: May 11, 2023                        PHILLIP A. TALBERT
                                                   United States Attorney

                                     By: /s/ ELLIOT C. WONG
                                                 ELLIOT C. WONG
                                                 Assistant United States Attorney

                                                   /s/ BHIM SINGH
                                                   BHIM SINGH
                                                   Plaintiff

## **ORDER**

Based on the parties' stipulation (ECF No. 11), IT IS ORDERED as follows:

1. The deadline for Defendants to file an answer or other response is extended to June 15, 2023.
2. The initial scheduling conference set for June 6, 2023, is vacated. (ECF No. 3).
3. Should this case not resolve by June 15, 2023, the Court will issue an order resetting the scheduling conference.

IT IS SO ORDERED.

Dated:   **May 15, 2023**                          /s/ *Erica P. Grosjean*
                                                                    UNITED STATES MAGISTRATE JUDGE