UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHIM SINGH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-00325-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE AND DIRECTING THE CLERK OF COURT TO TERMINATE DEFENDANTS' MOTION TO DISMISS AS MOOT AND TO CLOSE THE CASE<br><br>(ECF Nos. 14, 17) |

　　　　On May 23, 2023, the parties filed a joint stipulation dismissing this action without prejudice and without an award of costs and attorneys' fees. (ECF No. 17). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed without prejudice and without an award of costs or attorneys' fees. In light of the stipulation for dismissal, the Clerk of Court is directed to terminate Defendants' motion to dismiss (ECF No. 14) as moot and to close the case.

IT IS SO ORDERED.

　　Dated: **May 24, 2023**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1